IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARJORIE GARST,<br><br>        Plaintiff,<br><br>vs.<br><br>OMAHA OUTLETS, L.L.C.,<br><br>        Defendant. | 4:17CV3145<br><br>ORDER |

IT IS ORDERED:

1) The parties' joint stipulation, (Filing No. 32), is approved.

2) The deadlines for identifying experts and serving complete expert disclosures for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

    For the plaintiff:    August 3, 2018.
    For the defendant:    September 21, 2018.

July 5, 2018.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge