IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARJORIE GARST,

                Plaintiff,

vs.

OMAHA OUTLETS, L.L.C.,

                Defendant.

**4:17CV3145**


**ORDER**


IT IS ORDERED that the motion to permit Gregory F. Schreiber to withdraw as counsel of record for Defendant, (Filing No. 36), is granted.


September 17, 2018.


BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge